■ JAMES McCOY, by RAYMOND McCOY, SR., His Parent, et al., Appellants, v. ORLANDO WALKER et al., Respondents.— Judgment of the Supreme Court, Queens County, entered June 15, 1967, affirmed, without costs. No opinion. Appeal from order of the same court entered June 15, 1967 dismissed, without costs. An order denying a post-trial motion to set aside a verdict and for judgment contrary to the verdict or, in the alternative, for a new trial, made only on the trial minutes, is not appealable. In any event, the contentions on the appeal from the order were considered on the appeal from the judgment. Beldock, P. J., Christ, Rabin, Benjamin and Kleinfeld, JJ., concur.

■ HARRY MITCHELL, Respondent, v. LELAND BADLER et al., Appellants.— Order of the Supreme Court, Suffolk County, entered November 15, 1968, affirmed, with $20 costs and disbursements. (See *Koroleski* v. *Badler,* 32 A D 2d 810.) Beldock, P. J., Brennan, Benjamin, Munder and Martuscello, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. NATHANIEL CHERRY, Appellant.— Judgment of the Supreme Court, Kings County, dated December 4, 1967, affirmed. Defendant's contention that his guilty plea was induced by the existence or threatened use of the fruits of an alleged illegal search and seizure is not properly before us. "Evidence dehors the record is not admissible in an appellate court for the purpose of reversing a judgment" (*People* v. *Vignera,* 29 A D 2d 657). Christ, Acting P. J., Brennan, Rabin, Hopkins and Kleinfeld, JJ., concur.